**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

KEVIN MASSENGALE,

        Plaintiff,

v.

SHANNON, DICUS, ET AL.,

        Defendants.

Case No. 5:24-cv-02352-SSS-SSC

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice for failure to state a claim on which relief can be granted.

DATED: February 12, 2025

_____
SUNSHINE S. SYKES
United States District Judge

-1-